AO 455 (REV. 5/85) Waiver of Indictment

# *United States District Court*

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

CASE NUMBER **00 - 6329 CR - FERGUSON**

Nicholas Levandoski

**MAGISTRATE JUDGE SNOW**

I, Nicholas Levandoski, the above named defendant, who is accused of Mail Fraud, in violation of Title 18, United

States Code, Section 1341, and False Statements to the Food and Drug Administration, in violation of Title 21,

United States Code, Section 331(q)(2), and being advised of the nature of the charge, the proposed information,

and of my rights, hereby waive in open court on November 29, 2000, prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

Nicholas Levandoski
Defendant.

Richard Rosenbaum, Esq. *MARTIN I. JAFFE*
Counsel for Defendant

Before _____ 11/29/00
UNITED STATES MAGISTRATE JUDGE