COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Nicholas Levandoski(surr)   CASE NO: 00-6329-CR-Ferguson
AUSA: Robert Nicholson *present*   ATTNY: Martin Jaffe
AGENT: ___   VIOL: *perm.*
PROCEEDING: Initial Appearance on Information   BOND REC: 100,000 PSB
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
BOND SET @ $100,000 PSB
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. *in Miami*
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. — *PTS can delete after time*
6) Maintain or seek full-time employment. *N/A*
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: *State of FL*
12) Halfway House
    Electronic Monitoring

*Reside at current address no illegal drugs or excessive alcohol*

*A - Advised of Charges*
*A - Waives Indictment*
Reading of indictment waived
Not Guilty plea entered
Jury trial r...d
Stat. rep... ...requested
*A - Sworn*

*Can travel to Illinois for holiday*

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: N/A
DATE: 11-29-00   TIME: 11:00am   TAPE # 00-095   PG # 4
2533 — 3220