UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6329-CR-Ferguson

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | 11-29-00 / FTL    ORDER ON INITIAL APPEARANCE |
| v. Nicholas Levandoski, Defendant. | Language English<br>Tape No. 00- C95 —<br>AUSA Nichoson<br>Agent _____ |

The above-named defendant having been ~~arrested~~ surrendered on  11-29-00 , having appeared before the court for initial appearance on 11-29-00 ____ and proceedings having been held in accordance with F.R.Cr.P. 5 or 40(a), it is thereupon

ORDERED as follows:

1. ____Martin Jaffe____ appeared (as permanent/temporary) counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20___.
4. Arraignment/Preliminary/Removal/Identity hearing is set for __held__, 20___.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _____, 20___.
6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   ____$100,000 PSB____

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____
____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____ d. Maintain or actively seek full-time gainful employment.
____ e. Maintain or begin an educational program.
____ f. Avoid all contact with victims of or witnesses to the crimes charged.
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____ h. Comply with the following curfew: _____

- 1 -

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :  At Arrest     _____

On Warrant    _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. lauderdale, this 29 day of November ,20 00

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services