UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6329-CR-Ferguson

UNITED STATES OF AMERICA

vs

Nicholas Levandoski

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  11-29-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: See Bond

Telephone: _____

DEFENSE COUNSEL:   Name: Martin Jaffe

Address: _____

Telephone: _____

BOND SET/~~CONTINUED~~:   $ 100,000 PSB

Bond hearing held: yes X   no____ Bond hearing set for_____

Dated this  29  day of  November , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00- O 95

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

