UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  U.S. Marshal # 55567-004
             Plaintiff   )  Case Number: CR 00-6329-CR-Ferguson
                         )  REPORT COMMENCING CRIMINAL
     -vs-                )             ACTION
                         )
Levandoski, Nicolas      )
           Defendant

TO: Clerk's Office    MIAMI   / FT. LAUDERDALE /   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-29-00              (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Fraud mail & F.D.A. viol.

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 7-18-36

(6) Type of Charging Document: (check one) Info to be filed
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S) Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: Seltzer

(7) Remarks: _____

(8) Date: 11-29-00    (9) Arresting Officer: Douglas Loveland, S FE

(10) Agency: FDA           (11) Phone: _____

(12) Comments: _____