UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

**CASE NO: 00-6329-CR-FERGUSON**

Plaintiff,

v.

HENRY SCHUR and NICHOLAS
LEVANDOSKI,

Defendants.
_____/

## *MOTION FOR CONTINUANCE OF SENTENCING*

COME NOW, the Defendants, Henry Schur and Nicholas Levandoski, and by and through

their undersigned counsel, and respectfully request this Honorable Court enter an Order

continuing the sentencing presently scheduled for March 23, 2001, and as grounds and in support

thereof states as follows:

1.      The Defendant, Henry Schur, entered a guilty plea to one Count of mail fraud and one

        Count of making false statements to the FDA.

2.      The Defendant, Nicholas Levandoski, entered a guilty plea to one Count of mail fraud and

        one Count of making false statements to the FDA.

2.      Sentencing in this matter has been scheduled for March 23, 2001.

3.      Richard L. Rosenbaum is scheduled to be out of the State of Florida from March 16, 2001

        through March 23, 2001 on a pre-paid family vacation.

4.      Based upon an unavoidable conflict, and the fact that Richard L. Rosenbaum is unable to

        be in two places at one time, it is respectfully requested that this Honorable Court enter an

        Order continuing the sentencing of this cause.

5.   This Motion is made in good faith and not for the purpose of delay or avoidance.

6.   Undersigned has discussed the issues raised in this Motion with the prosecutor assigned to

     represent the United States, Robert Nicholson, Esq. AUSA Nicholson has authorized

     undersigned counsel to advise this Court that the Government has no objection to the

     relief sought herein.

     WHEREFORE, the Defendants, Henry Schur and Nicholas Levandoski, respectfully

moves this Honorable Court enter an Order continuing the sentencing which is presently set for

March 23, 2001.

     WE HEREBY CERTIFY that a copy of the foregoing has been furnished this 22nd of

February, 2001 to: Assistant United States Attorney, Robert Nicholson, 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301 and U.S. Pretrial Services, 299 East Broward

Boulevard, #301, Fort Lauderdale, Florida 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM          MARTIN I. JAFFE, ESQUIRE
RICHARD L. ROSENBAUM, ESQ.                   Co-Counsel for Petitioner
Co-Counsel for Petitioner                    3111 Stirling Road
One East Broward Boulevard, Suite 1500       Fort Lauderdale, Florida 33310
Fort Lauderdale, Florida 33301               Telephone (954) 985-4157
Telephone (954) 522-7000                     Florida Bar No: 244848
Florida Bar No: 394688

BY_____                    BY_____
   RICHARD L. ROSENBAUM                          MARTIN I. JAFFE