SENTENCING MINUTES
UNITED STATES DISTRICT COURT   APR 27 20
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6329-CR-WJF

DEFENDANT Nicholas Levandoski   JUDGE   WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER   DATE April 25, 2001

Court Reporter Brynn ~~Paul Haferling~~ Clark Slader   USPO K. Gomez

AUSA Robert Nicholsen   Deft's Counsel Martin Raffe

COUNTS DISMISSED  All Others
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal

JUDGMENT AND SENTENCE

Imprisonment   Years   Months 15   Counts 1, 2
to run concurrently

Supervised Release 3 yrs; 2 yrs as to ct 1; 1 yr as to ct 2
See J.C. for detail
Probation   Years   Months   Counts

Comments _____

Assessment $ 200.00   Fine $ None
Restitution /Other 197,500.00

CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service  ___ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 6/25/01
Commitment Recommendation: FCI, Miami or South Florida

34