1

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3                  FORT LAUDERDALE DIVISION
 4
 5   UNITED STATES OF AMERICA,   .  CASE 00-6329-CR-WDF
                                 .
 6             PLAINTIFF,        .  MIAMI, FLORIDA
                                 .  APRIL 25, 2001
 7        V.                     .
                                 .
 8   HENRY SCHUR and             .
     NICHOLAS LEVANDOSKI,        .
 9           DEFENDANT.          .
                                 .
10   . . . . . . . . . . . . . .
11
12
13
14            TRANSCRIPT OF SENTENCING HAD
15     BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,
16             UNITED STATES DISTRICT JUDGE.
17
18
19
20                    - - - - -
21                 PAGES 1 THROUGH 41
22                    - - - - -
23
24
25
                BRYNN DOCKSTADER, RMR
                   (305) 523-5635
```

FILED by [signature] D.C.
CT. REP.
MAY 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI



CASE # _____



# "Do Not Scan or Copy This Transcript."

DE # _____

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE