AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| NICHOLAS LEVANDOSKI, (J) 55566-004 | Case Number: 0:00CR06329-002 |
| | Robert Nicholson, AUSA / Martin I. Jaffe, Esq |
| **THE DEFENDANT:** | Defendant's Attorney |

[X] pleaded guilty to count(s)    One and Two the the Information on January 11, 2001

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

FILED by _____ D.C.
APR 3 0 2001

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 09/21/1999 | 1 |
| 21 U.S.C. § 331 (q)(2) | Making false statements to the Food and Drug Administration (FDA) | 09/21/1999 | 2 |
| 21 U.S.C. § 333 (a)(2) | | 09/21/1999 | |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The defendant has been found not guilty on count(s)    N/A

[X] Count(s)    N/A    (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 04/26/2001 |
| Defendant's Date of Birth: 07/18/1936 | Date of Imposition of Judgment |
| Defendant's USM No.: 55566-004 55567-004 | |
| Defendant's Residence Address: | |
| 13000 S.W. 81st Avenue | Signature of Judicial Officer |
| Miami    FL    33156 | **WILKIE D. FERGUSON, JR.,** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 13000 S.W. 81st Avenue | 04/30/01 |
| Miami    FL    33156 | Date |

DEFENDANT: **NICHOLAS LEVANDOSKI, (J) 55566-004**
CASE NUMBER: **0:00CR06329-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __15__ month(s).

As to each of counts one and two, to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant is incarcerated at FCI, Miami or as close to South Florida as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before 2 p.m. on _____06/25/2001_____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

*Troy J. Walker*
*4/30/01*

Defendant delivered on __6/25/01__ to __FPC Eglin AFB FL__

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal
L I E