UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS LEVANDOSKI,

    Defendant.

_____/

CASE NO.: 00-6329 CR-FERGUSON

**NOTICE OF ADDRESS CHANGE**

TO THE CLERK OF THE ABOVE COURT:

You will please take notice that **effective December 1, 2001,** pursuant to Rule 49, Fed. R. Crim. P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature or description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be directed to the Defendant shall be forwarded to Defendant's counsel at the address shown below:

**MARTIN I. JAFFE, ESQ.**
**MUCHNICK, WASSERMAN, DOLIN, JAFFE & LEVINE, LLP**
**PRESIDENTIAL CIRCLE, SUITE 620N**
**4000 HOLLYWOOD BOULEVARD**
**HOLLYWOOD, FL 33021**
**Phone: (954) 989-8100**
**Fax: (954) 989-8700**

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished via regular U.S. Mail this 13 day of **November, 2001,** to: the Assistant United States Attorney, Robert Nicholson, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301.

Respectfully submitted,
LAW OFFICE OF MARTIN I. JAFFE
Martin I. Jaffe, Esquire
Emerald Lake Corporate Park
3111 Stirling Road
Fort Lauderdale, Florida 33310-9057
(954) 985-4157

By:_____
    MARTIN I. JAFFE, ESQ.
    Florida Bar No. 244848