# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

UNITED STATES OF AMERICA

v.

NICHOLAS LEVANDOSKI

Case Number: 00-6329-CR-FERGUSON

Counsel For Defendant: Martin Jaffe, Esq.
Counsel For The United States: Robert Nicholson
Court Reporter: Brynn Dockstader

FILED by _____ D.C.
AUG 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant pleaded guilty to Count ONE (1) AND TWO (2) of the Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 09/21/1999 | 1 |
| 21 U.S.C. § 33 (q)(2) | Making false statements to the Food and Drug Administration (FDA) | 09/21/1999 | 2 |
| 21 U.S.C. § 333 (a)(2) | | 09/21/1999 | |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 07/18/1936
Deft's U.S. Marshal No.: ~~55566-004~~ 55567-004

Defendant's Mailing Address:
13000 S.W. 81st Avenue
Miami, FL 33156

Defendant's Residence Address:
13000 S.W. 81st Avenue
Miami FL 33156

Date of Imposition of Sentence:
April 25, 2001

WILKIE D. FERGUSON, JR.
United States District Judge
August 14th, 2002



No further action required by
the U.S. Marshals Service.

*Edward Stubbs, acting*
U̲N̲I̲T̲E̲D̲ STATES MARSHAL
      *Barry J. Gee*
A SDUSM *Barry Colder*