# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION
### AMENDED

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

v.

Case Number: 00-6329-CR-FERGUSON

NICHOLAS LEVANDOSKI

Counsel For Defendant: Martin Jaffe, Esq.
Counsel For The United States: Robert Nicholson
Court Reporter: Brynn Dockstader

FILED by ___ D.C.
AUG 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FL. - FT. LAUD.

The defendant pleaded guilty to Count ONE (1) AND TWO (2) of the Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 09/21/1999 | 1 |
| 21 U.S.C. § 33 (q)(2) | Making false statements to the Food and Drug Administration (FDA) | 09/21/1999 | 2 |
| 21 U.S.C. § 333 (a)(2) | | 09/21/1999 | |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 07/18/1936
Deft's U.S. Marshal No.: 55566-004

Date of Imposition of Sentence:
April 25, 2001

Defendant's Mailing Address:
13000 S.W. 81st Avenue
Miami, FL 33156

Defendant's Residence Address:
13000 S.W. 81st Avenue
Miami FL 33156

WILKIE D. FERGUSON, JR.
United States District Judge
August 28, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/28/02

U.S. Marshal



No further action required by
the U.S. Marshals Service.

*Edward Stubbs, acting*
UNITED STATES MARSHAL

A SDUSM  *John Walker*