# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6329 CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS LEVANDOSKI,

    Defendant.

_____/

**NIGHT BOX FILED**
NOV 22 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that, **effective December 1, 2002**, all pleadings, correspondence, etc. directed to the Defendant shall be forwarded to Defendant's counsel at the address shown below:

**MARTIN I. JAFFE, ESQ.**
**MARTIN I. JAFFE, P.A.**
1926 HARRISON STREET
HOLLYWOOD, FL 33020
Phone: (954) 927-4249
Facsimile: (954) 927-1653
Email: mijaffelaw@bellsouth.net

I HEREBY CERTIFY that a copy of the foregoing has been furnished this 25 day of November, 2002, to the Assistant United States Attorney, Robert Nicholson, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Mark Ciolek, U. S. Probation Officer, 10300 Sunset Drive, Suite 351, Miami, FL 33173-3020.

Respectfully Submitted,
MARTIN I. JAFFE, ESQUIRE
Attorney for Defendant
Muchnick, Wasserman, Jaffe & Levine LLP
4000 Hollywood Blvd., Suite 620N
Hollywood, FL 33021
Phone: (954) 989-8100

By: _____
MARTIN I. JAFFE, ESQ.
Florida Bar No. 244848