SD/FL PACTS NO. 66397

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. <u>00-6329-CR-FERGUSON</u>

UNITED STATES OF AMERICA,

    Plaintiff,
v.

Nicholas Levandoski.

    Defendant.
_____/

## CONSENT AGREEMENT

The United States of America and <u>Nicholas Levandoski</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the $<u>197,500</u> non-federal restitution imposed in the Judgment and Probation Commitment Order entered herein on <u>April 25, 2001</u>, against Defendant <u>Nicholas Levandoski</u>, pursuant to the following terms.

    1.    The defendant, <u>Nicholas Levandoski</u>, shall pay the non-federal restitution balance of $<u>173,107,</u> plus statutory interest of <u>%</u> to the United States of America at the rate of $<u>500</u> per month, beginning <u>August 1</u>, 20<u>05</u>, and each month thereafter until the obligation is paid in full.

    2.    The Defendant, <u>Nicholas Levandoski</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla)( and mailed to the:

        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section
        301 North Miami Avenue, Room 150
        Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3. The Defendant, <u>Nicholas Levandoski</u>, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly



amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the non-federal restitution.

4. The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5. The Defendant, <u>Nicholas Levandoski</u>, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $197,500 non-federal restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

|  |  |
|---|---|
| _____<br>Defendant: Nicholas Levandoski<br>Address: 13000 SW 81 Ave.<br>           Miami, Fl. 33156<br>Phone: (305)233-0554<br>SSN: 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 | MARCUS DANIEL JIMENEZ<br>UNITED STATES ATTORNEY<br><br>By: _____<br>Elizabeth Ruf Stein<br>Assistant U.S. Attorney<br>Financial Litigation Unit<br>99 N.E. 4th Street, #313<br>Miami, Florida 33132-2111<br>Phone: (305) 961-9313<br>Fax: (305) 530-7195<br>FLA Bar No: 354945<br>Email: elizabeth.stein@usdoj.gov |

_____
Antonio Crespi
U.S. Probation Officer
Address: 10300 Sw 72 St., Suite 351
           Miami, Fl. 33173
Phone: (305)412-2309
Fax: (305)279-7713

Dated this <u>7th</u> day of <u>February</u>, 2005.