UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6329-CR-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICHOLAS LEVANDOSKI,

    Defendant.
_____/



FILED by JMO D.C.
MAR - 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER RATIFYING CONSENT AGREEMENT**

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The non-federal restitution order of $197,500.00, entered on April 25, 2001, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Miami, Florida this 1st day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc: Elizabeth Ruf Stein, AUSA
    Antonio Crespi, USPO
    Nicholas Levandoski, Defendant