13000 SW 81st Avenue
Miami, Fl   33156
January 27, 2006

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
301 NORTH MIAMI AVE.   RM 150
MIAMI, FLORDIA   33128-7788

RE: CASE PAY ORDER MAINTENANCE
   DOCKET NUMBER 00-6329-OR-~~FERGUSON~~ Lenard

Dear Sir/Madam:

I am writing concerning RESTITUTION PATMENT. On the third of January I had a stroke, taken by ambulance to Baptist Hospital and was hospitalized. I am no longer working and am currently undergoing therapy.

On 23 January I was admitted to Baptist Hospital at the Vascular Institute for a surgical procedure to place a stent in a carotid artery. I was discharged on the 24th and returned home. I am to return to Health South on Old Cutler Road to continue therapy next week.

I do not anticipate returning to work (Crandon Golf Course) until the week of February 13th. My work schedule in the past has been Thursday, Friday, Saturday and Sunday. I do not know if I can continue to work at that level, and do not know what the Doctors recommendation will be until mid February.

I plan to send in a Restitution payment of $200.00 this month, and will continue to forward that amount until I know what recommendations will be made.

I had contacted by previous Probation Officer, Mr. Tony Crespi after the first hospitalization. I left a voice message asking what procedures I should follow. He did not return calls. Today (27th) I tried again to call and was forwarded to his supervisor. I was told to forward this letter to the same agency I sent my restitution payments.

If there are any questions please contact me at my home, 305-233-0554.

Sincerely:

Nicholas Levandoski